**Dismissed and Memorandum Opinion filed October 13, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00342-CV**

---

**ALI YAZDCHI, Appellant**

**V.**

**SANDRA  G. O'CONNOR, Appellee**

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 499,220**

---

**MEMORANDUM  OPINION**

This appeal is from a judgment signed April 20, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant has not filed the proper documents for preparation of the clerk's record. Appellant is proceeding without payment of costs. *See* Tex. R. Civ. P. 145.

On August 18, 2022, appellant was ordered to provide this court with proof of arrangements for the filing of the clerk's record on or before September 19, 2022. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that

failure to comply with the court's order would subject the appeal to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b). No response was filed.

We dismiss the appeal.

PER CURIAM

Panel consists Justices Jewell, Bourliot, and Zimmerer.